## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **MARCY M. FULLER** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No: 4:12-CV-00360 |
| **SYNDICATED OFFICE SYSTEMS, INC.,** | ) |
| dba **CENTRAL FINANCIAL CONTROL** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF SETTLEMENT AND REQUEST FOR ADDITIONAL TIME

COMES NOW Defendant, Syndicated Office Systems, Inc., d/b/a Central Financial Control, by and through its attorneys William A. Brasher and David T. Donahue of Boyle Brasher LLC, to advise the Court that a settlement has been reached by the parties to this action.

Defendant respectfully requests a stay be imposed on all deadlines regarding case management or its response to Plaintiff's Motion for Summary Judgment to permit the parties to finalize the agreed-upon settlement. Defendant anticipates that a Stipulation will be filed within 30 days of this Notice, on or before October 17, 2012.

Respectfully submitted,

BOYLE BRASHER LLC

      /s/ David T. Donahue
William A. Brasher, 30155MO
David T. Donahue, 51521MO
211 North Broadway, Ste. 2300
St. Louis, MO 63102
TEL:  314-621-7700
FAX:  314-621-1088
wbrasher@boylebrasher.com
ddonahue@boylebrasher.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2012, I electronically filed Notice of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

James W. Eason
Eason & Voytas, LLC
1 North Taylor Ave.
St. Louis, MO 63108

                                                          /s/ David T. Donahue