UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARCY M. FULLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:12CV360 TIA |
| | ) |
| SYNDICATED OFFICE SYSTEMS, INC., | ) |
| d/b/a CENTRAL FINANCIAL CONTROL, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal (Doc. No. 18) filed by the parties,

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**, each party to bear its own costs.

                                                   /s/ Terry I. Adelman
                                     UNITED STATES MAGISTRATE JUDGE

Dated this  23rd  day of October, 2012.